FILED
CLERK U.S. DISTRICT COURT
MAR 16 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

10-550M

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>       Plaintiff, ) <br>     v. ) <br> David Galindo ) <br>       Defendant. ) | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

    On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

    The court finds no condition or combination of conditions that will reasonably assure:

    (A)   ( )   the appearance of defendant as required; and/or

    (B)   (–)   the safety of any person or the community.

//
//

The court concludes:

A. (✗) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_Nature of Charge_
_____
_____
_____

(B) (✗) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_Nature of Charge_
_____
_____
_____

IT IS ORDERED that defendant be detained.

DATED: 3/16/10

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE